# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AMY BUTLER, | § | |
| | § | No. 443, 2016 |
| Respondent Below, | § | |
| Appellant, | § | Court Below - Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| DEPARTMENT OF SERVICES, | § | File No(s). 15-04-06TN |
| FOR CHILDREN, YOUTH AND | § | 15-0411TN |
| THEIR FAMILIES (DSCYF), | § | |
| | § | Petition No(s). 15-10677 |
| Petitioner Below, | § | 15-11221 |
| Appellee. | § | |

Submitted: March 8, 2017
Decided: March 17, 2017

Before **STRINE,** Chief Justice; **VALIHURA** and **VAUGHN,** Justices.

## O R D E R

This 17th day of March 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated August 2, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice